UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| KYLE J PITKIN, | ) |
| | ) CASE NO. C08-4049 PAZ |
| Plaintiff, | ) |
| | ) |
| vs. | ) JUDGMENT |
| | ) IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| MICHAEL J ASTRUE. | ) |
| | ) |
| Defendant. | ) |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

The Commissioner's decision is reversed, and this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g), for a finding that Pitkin has been disabled continuously since August 23, 1996.

.

DATED: May 6, 2009

                Robert L. Phelps
                Clerk of Court

                S/src
                By: Deputy Clerk